1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GLORIA PEREZ, | ) | Case No. EDCV 09-01799-VAP (SSx) |
|---|---|---|
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| COUNTRYWIDE HOME LOANS, INC., et al., | ) | |
| Defendants. | ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendant Countrywide Home Loans, Inc. is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  November 13, 2009

VIRGINIA A. PHILLIPS
United States District Judge