O

# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 09-01799-VAP (SSx)                             Date:  November 23, 2009

Title:      GLORIA PEREZ -v- COUNTRYWIDE HOME LOANS, INC. et al.
================================================================
PRESENT:      HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

Marva Dillard                                                None Present
Courtroom Deputy                                         Court Reporter

ATTORNEYS PRESENT FOR                       ATTORNEYS PRESENT FOR
PLAINTIFFS:                                                  DEFENDANTS:

None                                                              None

PROCEEDINGS:      MINUTE ORDER: (1) GRANTING MOTION TO DISMISS
                                WITHOUT PREJUDICE; (2) VACATING NOVEMBER 30,
                                2009 HEARING (IN CHAMBERS) [Link & Term Doc. No. 11]

    The Court has received and considered all papers filed in support of the Motion to Dismiss ("Motion") filed by Defendant First American Title Company ("Defendant").  Defendant's Motion is appropriate for resolution without a hearing.  <u>See</u> Fed. R. Civ. P. 78; Local R. 7-15.

    Defendant filed its Motion on October 30, 2009 to be heard on November 30, 2009.  Under Local Rule 7-9, a party must file opposition papers no later than 14 days before the date designated for the hearing of the motion.  Plaintiff Gloria Perez ("Plaintiff") is represented by counsel.  Plaintiff filed no timely opposition.  Under Local Rule 7-12, the Court finds Plaintiff has consented to granting the Motion.  Plaintiff's claim against Defendant is dismissed without prejudice.

    **IT IS SO ORDERED.**


MINUTES FORM 11                                                Initials of Deputy Clerk: jh-relief
CIVIL -- GEN                                 Page 1